IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK WILSON,

    Plaintiff,

v.                                    CASE NO.  4:11cv581-SPM/WCS

CLASSIFICATION OFFICER WHITE,

    Defendant.

_____/

## ORDER

THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 9) dated February 13, 2012.  Plaintiff has filed three responses (docs. 10, 12, and 13), which have been treated as objections.

Despite the objections, I have determined that the Report and Recommendation is correct and should be adopted.  Plaintiff has not stated a valid claim that his treatment in custody amounts to unlawful discrimination or otherwise violates his federal rights.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's Report and Recommendation (doc. 9) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this 14th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge